**THE McDONOUGH LAW OFFICE**
ATTORNEYS AT LAW
Martin T. McDonough, M.D., J.D.
Attorney ID#: MM4102
50 East Avenue, P.O. Box 303
Woodstown, New Jersey 08098
856-769-2470; Fax 856-769-9290
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMERIA BALDWIN, as Guardian Ad Litem of minor child A.B., and on behalf of minor child A.B.; DEMERIA BALDWIN, individually; and ALEXANDER BIEN-AIME, individually, <br><br> Plaintiffs <br> v. <br><br> UNITED STATES OF AMERICA; MICHAEL GERIA, D.O.; ANASTASIA J. HAWKINS, D.O.; LEE PAULSON, D.O.; KAITLIN STEFFENHAGEN, D.O.; INSPIRA MEDICAL CENTERS, INC.; JOHN DOES #1-15 (fictitious); JANE DOES #1-15 (fictitious); and ABC CORPORATIONS #1-15 (fictitious), jointly, severally, and/or in the alternative, <br><br> Defendants. | HON. NOEL L. HILLMAN <br><br> **CIVIL ACTION** <br><br> **CASE NO.**: **1:19-CV-20894 – NLH - AMD** <br><br><br><br> **PLAINTIFFS' THIRD-PARTY LITIGATION FUNDING STATEMENT** |

      In accordance with Local Civil Rule 7.1.1, Plaintiffs, Demeria Baldwin, as Guardian Ad Litem of minor child A.B., and on behalf of minor child A.B.; Demeria Baldwin, individually; and Alexander Bien-Aime, individually, hereby disclose that they do not have a third-party funding arrangement in this case.

Respectfully submitted,

*/s/ Martin T. McDonough*

Martin T. McDonough, M.D., J.D.
THE McDONOUGH LAW OFFICE
Attorney for Plaintiffs

Dated:  July 29, 2021